

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2017

No. 04-17-00855-CR

**IN RE** Richard **LARES**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
                Rebeca C. Martinez, Justice
                Irene Rios, Justice

On December 27, 2017, relator filed a petition for writ of mandamus. After considering the petition, the court is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on December 29, 2017.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2006CR10110, styled *State of Texas v. Richard Lares*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Frank J. Castro presiding.